**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

NICOLAS D. DISMUKE
ADC #159224B                                                                                    PLAINTIFF

v.                                             4:20-cv-01226-JM-JJV

JAMES GIBSON, Head Warden,
Varner Unit, ADC, *et al.*                                                           DEFENDANTS

**<u>ORDER</u>**

     The Court has reviewed the Recommendation submitted by United States Magistrate Judge

Joe J. Volpe.  No objections have been filed, and the time to do so has passed.  After careful

review, this Court adopts the Recommendation in its entirety as its findings in all respects.

     IT IS THEREFORE ORDERED that:

     1.     The Complaint (Doc. No. 2) is DISMISSED WITHOUT PREJUDICE for failing

to state a claim upon which relief may be granted.

     2.     Dismissal of this action is a "strike" for purposes of 28 U.S.C. § 1915(g).

     3.     It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal

from this Order and the accompanying Judgment would not be taken in good faith.

     Dated this 8th day of December 2020.

UNITED STATES DISTRICT JUDGE