IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NICOLAS D. DISMUKE
ADC #159224B                                                                                          PLAINTIFF

v.                                          4:20-cv-01226-JM-JJV

JAMES GIBSON, Head Warden,
Varner Unit, ADC, *et al.*                                                                     DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, the Complaint is DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 8th day of December 2020.

_____
UNITED STATES DISTRICT JUDGE